# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1226
LT Case No. 2021-CA-1032

_____

SWEETWATER RIDGE
TOWNHOMES OWNERS
ASSOCIATION, INC.,

    Appellant,

    v.

CALATLANTIC GROUP, INC., as
successor by merger to the
RYLAND GROUP, INC., as
successor in interest to LAKE
EQUITY PARTNERS, LLC, and
ROOF COMMANDER, INC.,

    Appellees.

_____


Nonfinal appeal from the Circuit Court for Lake County.
Dan R. Mosley, Judge.

Jeremy Stilwell, of Barker Martin, P.S., Seattle, WA, for
Appellant.

C. David Harper, and Kevin D. Fowler, and Lauren D. Kerr, of
Foley & Lardner, LLP, Tampa, and David M. Gersten, and Eric
R. Thompson, of Gordon Rees Scully Mansukhani, LLP, Miami,
for CalAtlantic Group, Inc.

No Appearance for Remaining Appellees.

February 6, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., HARRIS, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____